**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

S.A.M. MANAGEMENT CO., INC., d/b/a
HOFFMAN MANAGEMENT, 122nd STREET,
LLC, and 150 WEST BURNSIDE, LLC,
*individually and on behalf of all others similarly situated,*

                              Plaintiffs,

     -against-                                              22 **CIVIL** 3494 (ER)

                                                                        **<u>JUDGMENT</u>**

CONSOLIDATED EDISON COMPANY OF NEW YORK,
INC.,

                              Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 11, 2023, Con Edison's motion is GRANTED and the FAC is dismissed for lack of subject matter jurisdiction. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 12, 2023

                                                               **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                             **BY:**
                                                             _____
                                                                 **Deputy Clerk**